Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
   Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMILY SALTER,<br><br>         Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>         Defendant. | Case No. 3:14-cv-00027-RRB |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff Emily Salter and Defendant State Farm Mutual Automobile Insurance

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Company, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

JOHNSON & COMBS, P.C.
Attorney for Plaintiff

July 25, 2014
Date

By: s/ Douglas G. Johnson (Consent)
Douglas G. Johnson
ABA No. 9511061
Johnson & Combs, P.C.
729 N Street
Anchorage, AK 99501
Telephone No: (907) 277-0161
Facsimile No: (907) 277-0164
Email: attydj@alaska.net

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC,
Attorneys for Defendant

July 25, 2014
Date

By: s/Kimberlee A. Colbo
Kimberlee A. Colbo
ABA No. 9211072
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone No: (907) 274-7522
Facsimile No: (907) 263-8320
Email: kcolbo@hglawfirm.net

323966

Hughes Gorski Seedorf
Odsen & Tervooren, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 25th day of July, 2014 on:

- Douglas G. Johnson – attydj@alaska.net; jducharme@johnsonandcombsanc.com

s/Kimberlee A. Colbo

Hughes Gorski Seedorf
Odsen & Tervooren, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX